IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHASE CARMEN HUNTER                                                              PLAINTIFF

v.                         Case No. 4:15-cv-00703-KGB

ALLEN KERR, individually and
in his official capacity as Commissioner
of Insurance for Arkansas, et al.                                                DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this action is dismissed without prejudice.

So adjudged this 16th day of July, 2018.

_____
Kristine G. Baker
United States District Judge